**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **VS.** | )   **CR. NO. 06-00212-CG** |
| | ) |
| **HEATHER CHRISTINE REEVES,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The United States having moved to dismiss the indictment on the ground that the defendant has successfully competed the pretrial diversion program, the Indictment filed on September 28, 2006 against defendant Heather Christine Reeves is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 26th day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE